IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:22-CR-10014-005 |
| ) | |
| JVANCE RADFORD ) | |
| a/k/a "Tojo" ) | |

**FINAL ORDER OF FORFEITURE**

On April 2, 2024, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 389). In the Preliminary Order of Forfeiture, property seized August 10, 2022, at 570 Columbia Road 202, Magnolia, Arkansas: a) a Kel-Tec .380 caliber semi-automatic pistol, bearing serial number LB416 and accompanying compatible magazine containing .380 caliber cartridges; and b) an FIE model D38 .38 caliber 'deringer'-style pistol, bearing serial number 20517 on its barrel, and bearing serial number F35953 on its grip, was forfeited to the United States pursuant to Title 18 U.S.C. § 924(d), Title 28 U.S.C. § 2461(c), and Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On August 6, 2024, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. (Doc. 440). The deadline for filing claims was June 17, 2024. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on April 2, 2024, shall become final at this time.

IT IS SO ORDERED this 22nd day of August, 2024.

*Susan O. Hickey*
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE